FILED

11/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0382

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0382

STATE OF MONTANA,

          Plaintiff and Appellee,

   vs.

QUINCY BENJAMIN SMITH,

          Defendant and Appellant.

ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF

Upon request of Appellant for one 30-day extension, there being no objection, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Appellant shall have until December 28, 2020 to file his opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 17 2020